People v Greenfeld (2025 NY Slip Op 00110)

People v Greenfeld

2025 NY Slip Op 00110

Decided on January 8, 2025

Appellate Division, Second Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on January 8, 2025
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Second Judicial Department

LARA J. GENOVESI, J.P.
VALERIE BRATHWAITE NELSON
HELEN VOUTSINAS
DONNA-MARIE E. GOLIA, JJ.

2022-09013
2022-09014
2022-09015
2022-09016
 (Ind. No. 70131/20; S.C.I. Nos. 70132/20, 70133/20, 70134/20)

[*1]The People of the State of New York, respondent,
v
Aharon Greenfeld, appellant.

James D. Licata, New City, NY (Lois Cappelletti of counsel), for appellant, and appellant pro se.
Thomas E. Walsh II, District Attorney, New City, NY (Kerianne Morrissey of counsel), for respondent.

DECISION & ORDER
Appeals by the defendant from four judgments of the County Court, Rockland County (Larry J. Schwartz, J.), all rendered May 17, 2022, convicting him of burglary in the third degree under Indictment No. 70131/20, burglary in the third degree and petit larceny under Superior Court Information No. 70132/20, burglary in the third degree and petit larceny under Superior Court Information No. 70133/20, and burglary in the third degree and petit larceny under Superior Court Information No. 70134/20, upon his pleas of guilty, and imposing sentences.
ORDERED that the judgments are affirmed.
The record demonstrates that the defendant knowingly, voluntarily, and intelligently waived his right to appeal (see People v Lopez, 6 NY3d 248, 254, 257; People v Gue, 214 AD3d 1002, 1002). The defendant's valid waiver of his right to appeal precludes appellate review of his contentions that the sentences imposed were excessive (see People v Lopez, 6 NY3d at 255-256).
GENOVESI, J.P., BRATHWAITE NELSON, VOUTSINAS and GOLIA, JJ., concur.
ENTER:
Darrell M. Joseph
Clerk of the Court